194 F.3d 1186 (11th Cir. 1999)
 UNITED STATES of America, Plaintiff-Appellee,
v.
Eddie Roosevelt HANDS, Defendant-Appellant.
 No. 97-6718.
 UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
 Oct. 27, 1999.
 
 Dennis J. Kinizley, Mobile, AL, Marcia G. Shein, Richard D. Biggs, Shein & Biggs, Atlanta, GA., for Defendant-Appellant.
 Gina S. Vann, Assitant U.S.Attorney, Mobile, AL., for Plaintiff-Appellee.
 Appeal from the United States District Court for the Southern District of Alabama. (No. 97-00024-001). Alex T. Howard, Jr., Judge.
 
 ORDER
 
 1
 Motion of the Appellee to strike footnote 31 of the Court's opinion, dated August 18, 1999 [184 F.3d 1322], is GRANTED.